No. 797. JACOB BLUMENTHAL, TRADING AS J. BLUMENTHAL & COMPANY, ET AL., PETITIONERS, *v.* BENJAMIN L.

241 U. S.    Decisions on Petitions for Writs of Certiorari.

STRAT ET AL., ETC.  March 6, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. George F. Deiser* for the petitioner.  No appearance for the respondents.

---

